No. 219. CHARLES F. DODGE, APPELLANT, *v.* GEORGE ELLIS AND JOHN J. HERLIHY. Appeal from the District Court of the United States for the Southern District of Texas. Motions to dismiss or affirm submitted November 14, 1904. Decided December 5, 1904. *Per Curiam.* Final order affirmed with costs. *Ex parte Reggel,* 114 U. S. 642; *Roberts* v. *Reilly,* 116 U. S. 80; *Kohl* v. *Lehlback,* 160 U. S. 293; *Hyatt* v. *People ex rel. Cochran,* 188 U. S. 691. *Mr. Wayne MacVeagh, Mr. Frederic D. McKenney* and *Mr. J. S. Flannery* for appellant. *Mr. Henry G. Gray* and *Mr. Howard S. Gans* for appellees.

---

No. 301. THE UNITED STATES EX REL. FRANK D. EDWARDS, LIEUTENANT, ETC., PLAINTIFF IN ERROR, *v.* WILLIAM H. TAFT, SECRETARY OF WAR ET AL. In error to the Court of Appeals of the District of Columbia. Motion to dismiss submitted November 14, 1904. Decided December 5, 1904. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *South Carolina* v. *Seymour,* 153 U. S. 353; *United States* v. *Lynch,* 137 U. S. 280; *United States ex rel. Phillips* v. *Ware, Commissioner; Same* v. *Hitchcock, Secretary,* 189 U. S. 507. *Mr. Henry A. Craig* and *Mr. J. W. Catharine* for plaintiff in error. *The Attorney General* and *Mr. Solicitor General Hoyt* for defendant in error.